Jason Flanders (Bar No. 238007)
Email: jrf@atalawgroup.com
J. Thomas Brett (Bar. No. 315820)
Email: jtb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (916) 202-3018

Barak Kamelgard (Bar No. 298822)
Email: barak@lawaterkeeper.org
Benjamin Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E. 2nd Street, Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>ASTRO PAK CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 2:23-cv-04769-SVW-PVC<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

WHEREAS, on October 2, 2023, LOS ANGELES WATERKEEPER ("Plaintiff") and Defendants ASTRO PAK CORPORATION ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, on November 16, 2023, Plaintiff filed a Notice of Tentative Settlement informing the Court that the Parties were in the process of finalizing a proposed Consent Decree and had reached agreement on the substantive terms thereof and further informing the court that, once finalized, the Proposed Consent Decree would be submitted to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations (ECF #20); and

WHEREAS, on January 19, 2024, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the proposed Consent Decree and would notify the Court of any objections to the proposed Consent Decree, (ECF #23); and

WHEREAS, on February 23, 2024, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

WHEREAS, on February 26, 2024, Plaintiff submitted a [Proposed] Consent Decree to the Court for approval and entry.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit 1," and enter the Consent Decree as judgment.

1 DATED: February 26, 2024

                                          */s/ J. Thomas Brett*
                                          J. Thomas Brett
                                          Jason R. Flanders
                                          Aqua Terra Aeris Law Group
                                          Attorneys for Plaintiff
                                          LOS ANGELES WATERKEEPER